ISABELLE DEE, Respondent, v. NICHOLAS J. DEE and MARGARET F. DEE, Appellants.— Order denying defendants' motion to dismiss complaint upon the ground that the action is barred by the Statute of Limitations affirmed, with ten dollars costs and disbursements, with leave to defendants to answer within ten days from service of a copy of the order herein. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

JOHN DELFINO, JR., Respondent, v. WOLF NAIDICH, Appellant.— Order, as resettled, granting, upon terms, plaintiff's motion for leave to serve an amended complaint and directing that the proposed complaint served with the motion papers stand as the amended complaint, affirmed, with ten dollars costs and disbursements. Defendant may serve his answer to the amended complaint within ten days from service of a copy of the order herein. The amended complaint did not set out any new cause of action. The original complaint contained two causes of action pleaded in commingled form and the amended complaint merely separately stated and numbered the causes of action contained in the original complaint. This view necessarily follows from the decisions which would have entitled the plaintiff to treat the allegations in the original complaint with respect to negligence as surplusage if he saw fit to rest upon the trespass theory as distinguished from the negligence theory. (*Sullivan* v. *Dunham*, 161 N. Y. 290; *Hall Sons' Co.* v. *Sundstrom & Stratton Co.*, 138 App. Div. 548; affd., 204 N. Y. 660.) Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

J. LOUIS FLEISCHER, Plaintiff, v. SALLY W. TERKER, Defendant, and REBA RUNES, Respondent. ROBERT V. CALLAHAN, Receiver, Appellant.— Order modified so as to provide that the fixation of rent at $110 a month be for the period commencing June 1, 1930, and so as to provide that the rent so fixed be paid to the receiver by respondent from that date. As so modified, the order is affirmed, with ten dollars costs and disbursements to appellant. The receiver was entitled to the order which he applied for covering the period from June 1, 1930, and each succeeding month thereafter. (*Olive* v. *Levy*, 201 App. Div. 262; *Public Bank of New York* v. *London*, 159 id. 484.) There being no dispute as to the value of the premises per month, the order to be entered should fix that amount as the rent per month for each month from June 1, 1930. The receiver was entitled to the rental value of the premises from the date of his appointment, which in this case was May 31, 1930. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

JOHN W. FOLEY, Respondent, v. LIGGETT & MYERS TOBACCO Co., INC., and UNITED CIGAR STORES COMPANY OF AMERICA, Appellants.— Order of Appellate Term affirming orders of the City Court of the City of New York, County of Kings, denying defendants' motions to dismiss amended complaint, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ. [136 Misc. 468.]

JOHN H. GALLAGHER, Respondent, v. MICHAEL KUSNIRAK, Appellant, and W. HERBERT JOHNSON, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.